IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PROFIT SHIPPING LTD. and § | | |
| GENEL DENIZCILIK NAKLIYATI, A.S. § | | |
| § | | |
| V. § | CIVIL ACTION NO. G-13-202 | |
| § | | |
| M/V IMPERIAL SPIRIT, her engines, § | | |
| tackle, appurtenances, etc., *in rem*; § | | |
| LADARIEN NAVEGACION, S.A.; and § | | |
| ADMIRALTY NORTHSTAR SHIP § | | |
| MANAGEMENT LTD, *in personam* § | | |

## O R D E R

Having conferred with counsel of record in a Telephone Scheduling Conference on October 31, 2014, it is **ORDERED** that Plaintiffs are **GRANTED** leave to file an Amended Complaint.

It is further **ORDERED** that the anticipated mediation of this case **SHALL** be conducted in Houston, Texas, which is within the boundaries of the Southern District of Texas where the lawsuit is currently pending.

If mediation does not resolve the case, the Parties **SHALL** so notify the Court and a prompt Scheduling Conference will be set to discuss the entry of a final Docket Control Order.

**DONE** at Galveston, Texas, this ____31st____ day of October, 2014.

_____
John R. Froeschner
United States Magistrate Judge